# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE A. TOLIVER,

    Petitioner,

vs.

OFFICE OF THE INSPECTOR GENERAL, et al.,

    Respondents.

Case No. 2:17-cv-00512-RFB-CWH

**ORDER**

Petitioner has submitted a petition for a writ of mandamus. He alleges that in a prison disciplinary proceeding he was not allowed to call a witness. He was found guilty and sanctioned with 90 days in some form of disciplinary detention. Petitioner further alleges that the paperwork falsely states that he waived his right to call witnesses. Petitioner's efforts to have the inspector general investigate these events have been fruitless. He asks this court to order the inspector general to investigate the matter.

The All Writs Act, 28 U.S.C. § 1651, allows the Court to grant extraordinary writs where the Court has jurisdiction. However, the All Writs Act does not confer jurisdiction by itself; instead, another statutory or constitutional provision must confer jurisdiction upon the Court. <u>Stafford v. Superior Court</u>, 272 F.2d 407, 409 (9th Cir. 1959). Petitioner does not identify any such statutory or constitutional provision. The closest such provision is 28 U.S.C. § 1361, which states:

> The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

1   Respondents are officers of the State of Nevada.  They are not officers or employees of the United

2   States within the meaning of § 1361.  Therefore, this Court lacks jurisdiction to consider the Petition

3   (#1).

4          The court will not construe the petition as a petition for a writ of habeas corpus.  Petitioner

5   currently is not in prison.  Even if petitioner's claims had merit, there is no relief that the court could

6   grant.

7          IT IS THEREFORE ORDERED that the clerk of the court file the petition for a writ of

8   mandamus.

9          IT IS FURTHER ORDERED that this action is **DISMISSED** for lack of jurisdiction.  The

10  clerk of the court shall enter judgment accordingly and close this action.

11         DATED: January 9, 2018.

12

13                                          _____

14                                          RICHARD F. BOULWARE, II
                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28